IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

N.H., MOTHER OF C.R., A CHILD,

      Appellant,

  v.

Case No.    5D22-472
Lt. Case No. 2019-DP-106

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.
_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Ft. Lauderdale,
for Appellant.

Rachel Batten, of Children's Legal
Services, Department of Children and
Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director
of Appeals, and Samantha C. Valley, Senior
Attorney, of Guardian ad Litem, Tallahassee,
for Guardian ad Litem Program.

PER CURIAM.

    AFFIRMED.

EVANDER, WALLIS and NARDELLA, JJ., concur.